IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Murray et al. | : | CIVIL ACTION |
| | : | NO. 20-04018 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| The City of Philadelphia | : | |
|     et al. | : | |

### ORDER

**AND NOW**, this **18th** day of **August 2020,** after considering Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5), it is hereby **ORDERED** that a telephone conference to determine the status of the matter will be held on **August 18, 2020, at 2:15 p.m.,** before the Honorable Eduardo C. Robreno, and all parties are to call in to the conference call center at 571-353-2300 and use the access code 974 539 869#. Plaintiffs' attorney, Michael N. Huff, Esq., shall serve a copy of this order upon the Defendants and the City of Philadelphia Law Department at the earliest possible opportunity and by any practicable means, including email.

      **AND IT IS SO ORDERED.**

                                */s/ Eduardo C. Robreno*
                                **EDUARDO C. ROBRENO, J.**