```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Murray et al. | : | CIVIL ACTION |
| | : | NO. 20-04018 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| The City of Philadelphia | : | |
| et al. | : | |

<u>**ORDER**</u>

**AND NOW**, this **18th** day of **August, 2020,** after considering Plaintiffs' Complaint (ECF No. 1) and Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5) and holding a telephone conference on the matter with counsel for the parties, it is hereby **ORDERED** that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is **TAKEN UNDER ADVISEMENT**. It is **FURTHER ORDERED** that a hearing on the Motion for Temporary Restraining Order and Preliminary Injunction will be held on **August 20, 2020, at 1:00 p.m. before the Honorable Eduardo C. Robreno** in a courtroom to be designated on that day.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**