IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Murray et al. | : | CIVIL ACTION |
| | : | NO. 20-04018 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| The City of Philadelphia | : | |
| et al. | : | |

<u>**ORDER**</u>

**AND NOW**, this **18th** day of **August, 2020,** after considering Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5), it is hereby **ORDERED** that Defendants shall submit a memorandum of law in support of their position by 9:00 a.m. on **August 20, 2020**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**