IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRVIN MURRAY, et al | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | NO: 20-4018 |
| CITY OF PHILADELPHIA, et al | : | |

### **NOTICE**

Please be advised that the hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF #5) scheduled for August 20, 2020 at 1:00 p.m. will be held in **Courtroom 15A** before the Honorable Eduardo C. Robreno.

                                         s/Ronald Vance
                                         **Deputy Clerk to the Hon.**
                                         **Eduardo C. Robreno**