**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IRVIN MURRAY, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE CITY OF PHILADELPHIA, et al.** | : | **NO.: 20-cv-04018** |

**O R D E R**

**AND NOW**, this **20TH** day of **AUGUST 2020**, in accordance with the

court's procedure for assignment of a United States Magistrate Judge to certain

District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-

captioned case is the Honorable David R. Strawbridge.

**FOR THE COURT:**

**JUAN R. SÁNCHEZ**
**Chief Judge**

**ATTEST:**

_Kate Barkman_
**KATE BARKMAN**
**Clerk of Court**