IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Murray et al. | : | CIVIL ACTION |
| | : | NO. 20-04018 |
| v. | : | |
| The City of Philadelphia et al. | : | |

**ORDER**

**AND NOW**, this **20th** day of **August, 2020,** it is hereby **ORDERED** that the following Plaintiffs' witnesses shall be permitted to enter the courthouse on August 20, 2020, in order to testify at the 1:00 p.m. hearing even if they do not present valid identification, provided that Plaintiffs' counsel, Michael N. Huff, Esq., has personal knowledge of the witnesses' identity and confirms their identity to the United States Marshals Service:

(1) Jonnell Johnson
(2) Irvin Murray
(3) Jennifer Bennetch
(4) Jeremy Williams

**AND IT IS SO ORDERED.**

*/s/Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**