UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRVIN MURRAY, MAURICE SCOTT, DOLORES MCFADDEN, FAITH ANNE BURDICK, EDWIN JONES, and OTHER HOMELESS RESIDENTS AT VON COLLN FIELD, JEFFERSON AND RIDGE AVENUES, and the AZALEA GARDEN<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF PHILADELPHIA and MAYOR JIM KENNEY<br><br>Defendants. | CIVIL ACTION NO.<br>20-CV-04018-ER |

## ORDER

AND NOW, on this 20th day of August, 2020, upon consideration of non-party Philadelphia Housing Authority's Motion for Leave to File a Brief as Amicus Curiae in Support of the City of Philadelphia's Opposition to Plaintiffs' Request for a Temporary Restraining Order and Injunction, and any and all responses thereto, **IT IS HEREBY ORDERED** said Motion is **GRANTED**.

The Clerk of Court is directed to file the Brief of Amicus Curiae Philadelphia Housing Authority that is attached to the Motion for Leave.

BY THE COURT:

*/s/ Eduardo C. Robreno*
_____
J.