IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Murray et al. | : | CIVIL ACTION |
| | : | NO. 20-04018 |
| | : | |
| v. | : | |
| | : | |
| The City of Philadelphia | : | |
| et al. | : | |

## ORDER

**AND NOW**, this **25th** day of **August, 2020,** after considering Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 5), Defendants' Response thereto (ECF No. 14), and the Philadelphia Housing Authority's amicus brief (ECF No. 22) and holding a hearing and oral argument on the motion, it is hereby **ORDERED** that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**. Accordingly, Defendants are <u>permitted</u>, <u>but not required</u>, to dissolve and terminate the encampments by reasonable means of their choosing subject to the conditions that those occupying the encampments be provided with at least 72 hours' notice to vacate the encampments and that Defendants fully comply with their stated procedures, including but not

limited to storage and safekeeping of any property collected at the encampment sites.

It is **FURTHER ORDERED** that:

(1) Defendants' motion to strike Professor Stephanie Sena's August 20, 2020, testimony is **GRANTED**;

(2) Plaintiffs' motions to proceed in forma pauperis (ECF Nos. 2, 3, and 4) are **GRANTED**;

(3) The Philadelphia Housing Authority is joined as a party pursuant to Fed. R. Civ. P. 19; and

(4) The Court shall retain jurisdiction over this matter, including enforcement of this Order.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**